1134

No. 00–6315. WENGER v. CANASTOTA CENTRAL SCHOOL DISTRICT ET AL., *ante*, p. 1019;

No. 00–6442. HOLMAN v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER, *ante*, p. 1021; and

No. 00–6698. VALOIS v. UNITED STATES, *ante*, p. 1025. Petitions for rehearing denied.

No. 00–5458. CLARKE v. UNITED STATES, *ante*, p. 905. Motion for leave to file petition for rehearing denied.

JANUARY 29, 2001

No. 00–1047. MARICOPA COUNTY v. ISBELL ET AL. Sup. Ct. Ariz. Certiorari dismissed under this Court's Rule 46.1.

JANUARY 30, 2001

No. 00A646. BELL, WARDEN v. WORKMAN. Application to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Sixth Circuit on January 26, 2001, presented to JUSTICE STEVENS, and by him referred to the Court, denied.

FEBRUARY 1, 2001

No. 00–7717 (00A625). LINGAR v. MISSOURI. Sup. Ct. Mo. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

FEBRUARY 6, 2001

No. 00–8431 (00A669). IN RE LINGAR. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

FEBRUARY 7, 2001

No. 00–7523. BARRIENTES v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.